UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

    UNITED STATES OF AMERICA,                    **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

                -against-

                                                        -CR-     ( )( )

                                          Defendant(s).
-----------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_____          *Lloyd Epstein*
Defendant's Signature                          _____
(Judge may obtain verbal consent on          Defendant's Counsel's Signature
Record and Sign for Defendant)

_____          _____
Print Defendant's Name                        Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

07/06/2020                               _____
Date                                                SARAH NETBURN
                                                      United States Magistrate Judge