# CONFLICT OF INTEREST FORM

Date: _____

Defendant: _____

Docket No.: _____

AUSA: _____tel:_____

cell:_____

☐   FEDERAL DEFENDERS AGREES CONFLICT EXISTS
    (CJA COUNSEL TO BE APPOINTED)

☐   FEDERAL DEFENDERS DISPUTES ALLEGED CONFLICT
    (TO BE RESOLVED BY MAGISTRATE JUDGE)

☐   FEDERAL DEFENDERS SUPERVISOR HAS NOT RESPONDED WITHIN
    TWENTY MINUTES (CJA COUNSEL TO BE APPOINTED)

☐   USAO WISHES TO MAKE EX PARTE APPLICATION REGARDING
    CONFLICT

RULING BY MAGISTRATE JUDGE CONCERNING ALLEGED CONFLICT:

Date:  July 6, 2020

_____
United States Magistrate Judge

2014.11.04